UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Case No. 3:11-CR-138 RLM |
| ) | |
| SHAWN FOX ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on August 19, 2013 [Doc. No. 24]. Accordingly, the court now ADOPTS those findings and the recommendation, ACCEPTS defendant Shawn Fox's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 2113(d).

SO ORDERED.

ENTERED:  September 12, 2013

/s/ Robert L. Miller, Jr.
Judge
United States District Court